## 21978. MODERN HOMES CONSTRUCTION COMPANY v. MACK.

HEAD, Presiding Justice. The record in the present case presenting the identical questions made in *Modern Homes Construction Co. v. Mack*, ante, it was error, for the same reasons, to overrule the ground of the general demurrer asserting lack of jurisdiction in the court in which the petition was brought.

*Judgment reversed. All the Justices concur.*

ARGUED MARCH 11, 1963—DECIDED APRIL 4, 1963.

*W. Colbert Hawkins, Merlin H. Holland,* for plaintiff in error. *L. H. Hilton, Hilton & Hilton,* contra.